# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA - Yuma

## MAGISTRATE JUDGE'S MINUTES

DATE: 1/9/2008         CASE NUMBER: 08-15031M-001 - SD

USA vs. Edgar Munguia-Guzman

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____   INTERPRETER  Marcia Resler
                                         LANGUAGE  Spanish

Attorney for Defendant  Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  1/5/08          ☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn      ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Prosecution
☐ Held  ☐ Con't  ☐ Reset

Set for:
Before:

---

Other: Senior Patrol Agent Jeff A. Gearhart, on behalf of the Government, moves to dismiss the complaint. Defense counsel has no objection. IT IS ORDERED dismissing the Complaint without prejudice. Case closed.

Recorded by Courtsmart (2 Min)
BY: Jocelyn M. Arviso
Deputy Clerk

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __1/7/2008__        CASE NUMBER: __08-15031-001M-SD__

**PLEA/SENTENCING MINUTES**
USA vs. __Edgar Munguia-Guzman__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____    INTERPRETER REQ'D __Ricardo Gonzalez__
                                                 LANGUAGE: __Spanish__
Attorney for Defendant __Brenda Acosta Sandoval (AFPD)__

- DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA __1/5/08__           ☒ Complaint Filed              ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ No Financial Afdvt taken     ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**     ☒ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**         ☐ Held  ☒ Cont'd  ☐ Reset
Set for: 1/9/08 at 1:00 p.m. before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_____ of the ☐ Information ☐ Indictment ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☐ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ___
☐       ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of _____  ☐ Probation/Supervised Release for ___
☐ Special Assessment $_____   ☐ Fine $_____   ☐ Restitution $_____
Other: __Defense counsel requests a two day continuance. The Government has no objection. IT IS SO ORDERED__

                                        RECORDED: __CS__ (2 MIN)
                                        BY:  Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Edgar MUNGUIA-Guzman
Citizen of Mexico
YOB: 1983
A88 670 855
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15031M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about June 15, 2007, near San Ysidro, California in the Southern District of California, Defendant Edgar MUNGUIA-Guzman, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Jeff A. Gearhart
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 7, 2008                              at                                    Yuma, Arizona
Date                                                                                 City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                                  Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Edgar MUNGUIA-Guzman

Dependents: 2 Mexican

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** None Found.

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on June 15, 2007.

Charges: 8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____January 7, 2008_____
Date

_____
Signature of Judicial Officer